UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELICA CORPORATION, et al.,<br><br>    Defendants. | Case No. 20-cv-01968-PJH<br><br>**ORDER DIRECTING THE PARTIES TO FILE STIPULATED PROTECTIVE ORDER REDLINE**<br><br>Re: Dkt. No. 26 |

The court is in receipt of the parties' proposed stipulated protective order. Dkt. 26. This district maintains a model stipulated protective order.[1] Pursuant to its November 18, 2020 Standing Order, the court generally requires litigants to file a redline comparison of any proposed order against the model order.

Here, the parties failed to do so. Thus, the court **ORDERS** the parties to file the subject redline within **seven days** of this order. The redline must clearly show all tracked changes from the model order. Additionally, unless already provided, the parties must also send a Microsoft Word version of their proposed order to pjhpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 25, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

---

[1] https://www.cand.uscourts.gov/forms/model-protective-orders/