UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. SMITH,<br><br>    Plaintiff,<br><br>        v.<br><br>ANGELICA CORPORATION, et al.,<br><br>    Defendants. | Case No. 20-cv-01968-PJH<br><br>**ORDER DIRECTING THE PARTIES TO RE-FILED STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 26, 27, 31 |

On January 19, 2021, the parties filed a proposed stipulated protective order. Dkt. 26. When doing so, they failed to file a redline comparing that proposed stipulated protective order to this district's model stipulated protective order. Given that, the court ordered them to file the subject redline. Dkt. 27.

On February 1, 2021, the parties filed a redline showing no changes from the model order (except for the addition of this action's caption and case information). Dkt. 31. The filed redline does not reflect the parties' original proposed stipulated protective order's deviations from the model order. Compare Dkt. 26 with Dkt. 31. Instead, it appears that the parties have agreed to adopt the model order without change.

To the extent the parties intend to completely adopt the model order, the court will approve. However, because the parties have not filed a clean copy (i.e., without redlines) of their revised proposed stipulated protective order, the court cannot file it on the docket. Accordingly, the court orders the parties to either (1) refile a redline showing their original stipulated protective order's (Dkt. 26) deviations from the model order or (2) file a clean copy of their revised proposed stipulated protective order that adopts the model order and includes this action's caption page, case information, and attorney signatures.

**IT IS SO ORDERED.**

Dated: February 5, 2021

                                          /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge