1

2

3

4                                        UNITED STATES DISTRICT COURT

5                                     NORTHERN DISTRICT OF CALIFORNIA

6

7       KENNETH C. SMITH,

8                     Plaintiff,                            Case No.  20-cv-01968-PJH

9              v.
                                                           **ORDER GRANTING MOTION TO
10      9W HALO WESTERN OPCO L.P., et al.,                  DISMISS**

11                    Defendants.                           Re: Dkt. Nos. 63, 64

12

13

14             Defendant KKR & Co. Inc.'s ("KKR") motion to dismiss came on for hearing before

15      this court on May 26, 2022.  Plaintiff appeared through his counsel, William Pao.

16      Defendant appeared through its counsel, Chet Kronenberg.  Having read the papers filed

17      by the parties and carefully considered their arguments and the relevant legal authority,

18      and good cause appearing, the court hereby GRANTS the motion for the reasons stated

19      at the hearing and summarized below.

20                                               **BACKGROUND**

21             Plaintiff filed a class action lawsuit against defendant Angelica Corporation

22      ("Angelica") on February 18, 2020, in the Alameda County Superior Court, alleging

23      several employment causes of action.  Dkt. 1.  On April 17, 2020, plaintiff filed his first

24      amended complaint, adding a claim under the Private Attorneys General Act ("PAGA").

25      Dkt. 12.

26             On April 6, 2022, the court granted plaintiff's motion to file a second amended

27      complaint to name KKR & Co. Inc. as a defendant because plaintiff argued that he

28      learned from Angelica that "KKR" acquired Angelica, sold off most of Angelica's assets,

United States District Court
Northern District of California

1   and was financially responsible for Angelica's alleged violations.  Dkt. 59.

2        On the same day, plaintiff filed his second amended complaint, raising essentially

3   the same claims as his previous complaint but adding KKR & Co. Inc. as a defendant on

4   all claims including the PAGA claim.  Dkt. 60 ("SAC").  In the SAC, plaintiff also alleged

5   KKR and Angelica are joint employers.  Id. ¶ 21.

6        At the hearing, both parties agreed that KKR & Co. Inc. was not the entity that

7   acquired Angelica.  Indeed, a Securities and Exchange Commission ("SEC") 10-K form,

8   along with filings from Angelica's bankruptcy proceedings, confirm that KKR & Co. Inc.

9   did not acquire Angelica.  Dkt. 64-1, 64-2, 64-3.  Although there is some support that an

10  entity named KKR Credit Advisors (US) LLC was involved in Angelica's bankruptcy

11  proceedings, plaintiff does not state a plausible claim that KKR & Co. Inc. acquired

12  Angelica or was otherwise involved in Angelica's bankruptcy, much less that it was a joint

13  employer of plaintiff along with Angelica.

14                                  **CONCLUSION**

15       Accordingly, the motion to dismiss KKR & Co. Inc is GRANTED.  The dismissal is

16  without leave to amend with respect to KKR & Co. Inc.  The dismissal is, however,

17  without prejudice to plaintiff seeking to amend the complaint should discovery reveal

18  another entity that could plausibly be alleged to have been plaintiff's joint employer along

19  with Angelica.  The request for judicial notice is also GRANTED.

20       **IT IS SO ORDERED.**

21  Dated: June 3, 2022

22                                      */s/ Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
23                                      United States District Judge

24

25

26

27

28

United States District Court
Northern District of California