UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH C. SMITH,

          Plaintiff,

      v.

9W HALO WESTERN OPCO L.P.,

          Defendant.

Case No.  20-cv-01968-PJH

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

Re: Dkt. No. 90

      Plaintiff's motion for leave to amend the complaint came on for hearing before this court on January 26, 2023.  Plaintiff appeared through his counsel, William M. Pao. Defendant appeared through its counsel, Christopher S. Alvarez.  Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS leave to file a Third Amended Complaint, for the reasons stated at the hearing.  Plaintiff shall file his proposed amended complaint as a stand-alone document immediately.  The court VACATES the briefing schedule for plaintiff's motion for class certification until the pleadings are settled and it is established that the additional newly added defendants are indeed proper.

      **IT IS SO ORDERED.**

Dated: January 26, 2023

/s/ *Phyllis J. Hamilton*

PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California