UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>9W HALO WESTERN OPCO L.P., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01968-PJH<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 101 |

　　　　Before the court is a motion to dismiss defendants 9W Halo Holdings L.P., 9W Halo Parent LLC, KKR-VRS Credit Partners, L.P., and KKR ILP LLC.  Plaintiff filed a notice of non-opposition in response to the motion.  Dkt. 106.  Accordingly, the hearing set for March 23, 2023, is VACATED.  Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby rules as follows.

　　　　On January 27, 2023, plaintiff filed his third amended complaint ("TAC") as directed by the court's order granting leave to amend.  See Dkt. 96, Dkt. 97.  The TAC adds the following entities as defendants: (1) 9W Halo Parent LLC; (2) KKR ILP LLC; (3) KKR-VRS Credit Partners, L.P.; (4) 9W Halo Holdings L.P.; (5) 9W Halo GP LLC; (6) 9W Halo Intermediate Holdings L.P.; and (7) 9W Halo Opco L.P.  TAC ¶¶ 6–13.  The instant motion, filed in response to the TAC on February 14, 2023, seeks dismissal of the first four entities in the list primarily on the basis that the TAC fails to plead sufficient facts to establish that these entities were "joint employers" along with original defendant 9W Halo Western Opco L.P.  Dkt. 101.  As noted above, plaintiff does not oppose dismissal of

1  these entities as defendants.  Dkt. 106.  In light of this non-opposition, the court GRANTS
2  the motion to dismiss defendants 9W Halo Holdings L.P., 9W Halo Parent LLC, KKR-
3  VRS Credit Partners L.P., and KKR ILP LLC.
4        The three remaining entities from the list of newly-added defendants, 9W Halo GP
5  LLC, 9W Halo Intermediate Holdings L.P., and 9W Halo Opco L.P., have filed a separate
6  motion to dismiss.  Dkt. 108.  The court will resolve that motion separately following
7  further briefing.
8  **IT IS SO ORDERED.**
9  Dated: March 10, 2023

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge